**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| WILSON, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 26-3238-BAH |
| AMERICAN HONDA MOTOR CO., INC., ET AL., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

# ORDER

A hearing on the motion for a temporary restraining order ("TRO"), ECF 6, has been scheduled for **Friday, August 28, 2026, at 2:00 p.m. in Courtroom 3D** (101 W. Lombard Street, Baltimore, MD 21201).

Any responses to the motion for a TRO are due by Friday, August 21, 2026. Any replies are due by Tuesday, August 25, 2026.

Should the parties come to a resolution before the scheduled hearing, they are directed to immediately inform the Court.

Dated: August 20, 2026

/s/
Brendan A. Hurson
United States District Judge