**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| WILSON, INC. d/b/a HAGERSTOWN HONDA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and JOHN DOE DEALERSHIP d/b/a CMA'S HONDA OF MARTINSBURG,<br>Defendants. | Civil Action No.<br>1:26-cv-03238-BAH |

**NOTICE OF APPEARANCE**

COMES NOW, **Noah P. Sullivan** of the law firm of Gentry Locke, notes his appearance as counsel for Mar Hon, Inc., d/b/a CMA's Honda of Martinsburg, the entity Plaintiff has sued under the fictitious name "John Doe Dealership d/b/a CMA's Honda of Martinsburg," CMA's Honda of Martinsburg appears specially to contest the exercise of jurisdiction over it in this matter.

The undersigned respectfully requests that the court and all parties hereto, take note of this appearance on the Defendant's behalf.

MAR HON, INC.

By: *___/s/ Noah P. Sullivan_____________*
Counsel

Noah P. Sullivan, Esq. (DMD Bar No. 19340)
GENTRY LOCKE
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
Telephone: (804) 956-2069
Facsimile: (540) 983-9400
Email: Nsullivan@Gentrylocke.com

*Counsel for Specially Appearing Defendant Mar Hon, Inc.*

**CERTIFICATE OF SERVICE**

I hereby Certify that on August 21, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notice of such filing to all authorized parties

/s/ Noah P. Sullivan