**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| WILSON, INC. d/b/a HAGERSTOWN HONDA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., et al.,<br>Defendants. | Civil Action No.<br>1:26-cv-03238-BAH |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff Wilson, Inc. d/b/a Hagerstown Honda's Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 6), the opposition filed by Specially Appearing Defendant Mar Hon, Inc. d/b/a CMA's Honda of Martinsburg (Dkt. No. 17), and Defendant American Honda Motor Co., Inc. (Dkt. No. 18), the arguments made by counsel at the August 28, 2026 hearing in this matter, and the record before the Court, it is hereby:

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **DENIED.**

Entered this _______ day of ____________________, 2026

______________________________
Brendan A. Hurson
United States District Judge